UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

               -against-

ALFRED CARONIA,

                        Defendant.
-----------------------------------------------------------x

**MEMORANDUM AND ORDER**

06-CR-229 (ENV)

VITALIANO, D.J.

Consistent with the decision issued by the United States Court of Appeals for the Second Circuit on December 3, 2012, and pursuant to the mandate entered by that court on January 24, 2013, the judgment entered by this Court against Alfred Caronia on November 24, 2009 is hereby vacated and the superseding indictment against him dismissed.

SO ORDERED.

Dated: Brooklyn, New York
         February 7, 2013

                                            s/ ENV

                                     ERIC N. VITALIANO
                                     United States District Judge